199 So. 912

**Nep McDANIEL v. STATE.**

8 Div. 31.

Court of Appeals of Alabama.
Nov. 12, 1940.

Wm. L. Chenault, of Russellville, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

196 So. 905

**Taft McDANIEL v. STATE.**

7 Div. 526.

Court of Appeals of Alabama.
June 4, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

192 So. 916

**Luther McDONALD, alias Mack, v. STATE.**

2 Div. 667.

Court of Appeals of Alabama.
Nov. 28, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

190 So. 923

**McDOUGALD CONSTRUCTION CO., Inc.,
v. Melvin McILWAIN.**

6 Div. 360.

Court of Appeals of Alabama.
Aug. 26, 1939.

London & Yancey, of Birmingham, for appellant.

Taylor & Higgins, of Birmingham, for appellee.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

193 So. 888

**John Wesley McGOWAN v. STATE.**

4 Div. 483.

Court of Appeals of Alabama.
Dec. 19, 1939.

Rehearing Denied Jan. 9, 1940.

L. C. Rowell, of Elba, for appellant.

Thos. S. Lawson, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the State.

RICE, Judge.
Affirmed.

190 So. 923

**Bill McLESKEY v. STATE.**

8 Div. 883.

Court of Appeals of Alabama.
June 13, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.